UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| CRICKET COMMUNICATIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:09-cv-00128 |
| | ) |
| TALK TIL YOU DROP WIRELESS, INC., | ) |
| | ) |
| Defendant. | ) |

**TEMPORARY RESTRAINING ORDER**

Based upon the Renewed Motion of Plaintiff, Cricket Communications, Inc. ("Cricket"), for temporary restraining order, the Declarations in the record and attached to the accompanying Notice of Filing, and the Verified Complaint, the Court finds that Cricket is entitled to a temporary restraining order enjoining the defendant, Talk Til You Drop Wireless, Inc. ("TTYD"), from further violation of the Premier Dealer Agreement. Specifically, the Court finds that Cricket will suffer immediate and irreparable injury, loss or damage, namely, diversion of Cricket's present customers at TTYD store locations to a competing carrier's services and products, before a hearing may be had on Cricket's Motion for preliminary injunction.

It is therefore, ORDERED, ADJUDGED, AND DECREED that:

(1) Defendant and its agents, representatives, or employees are enjoined from directly or indirectly selling, contracting to sell, or promoting the sale of any wireless telephone or wireless internet service, or service plan that offers unlimited local and/or long distance calls and/or unlimited wireless internet service for a flat price within a radius of two miles from each TTYD store location in violation of the Premier Dealer Agreement.

(2) Defendant and its agents, representatives, or employees, are enjoined from soliciting, diverting or attempting to divert any Cricket customer from patronizing Cricket in violation of the Premier Dealer Agreement.

(3) This Order is effective without the requirement of Plaintiff's posting a sercurity bond as that requirement has been waived by the Defendant pursuant to Paragraphs 4(g) and 13(h) of the Premier Dealer Agreement.

(4) A hearing on Plaintiff's request for preliminary injunction, originally scheduled for Friday, February 13, 2009 at 2:00 p.m., will be held at 1:30 AM/~~PM~~ on the 26th day of February, 2009.

ISSUED this 11th day of February, 2009, at 4:50 ~~AM~~/PM.

_____
JUDGE

Submitted for Approval By:


/s/ Emily R. Walsh
_____
Russell B. Morgan (No. 20218)
Colin J. Carnahan (No. 18579)
Emily R. Walsh (No. 24775)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
(615) 252-2311

*Attorneys for Plaintiff, Cricket Communications, Inc.*


# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded via electronic mail and U.S. Mail, to **Isam Deb** at **4118 S. Salina Street, Syracuse, NY 13205** and **debswireless@aol.com** and **Gary Valerino** at **313 East Willow Street, Suite 201, Syracuse, New York 13203** and **gvalerino@mcvlaw.com** on this the 11th day of February, 2009.

/s/ Emily R. Walsh

_____
Emily R. Walsh