# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| CRICKET COMMUNICATIONS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 3:09-0128 |
| TALK TIL YOU DROP WIRELESS, INC., | ) ) | Judge Trauger<br>Magistrate Judge Brown |
| Defendant. | ) ) | |

## **O R D E R**

On July 24, 2009, the Magistrate Judge issued a Report and Recommendation (Docket No. 102), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the Preliminary Injunction issued March 2, 2009 (Docket No. 32) is hereby **CONVERTED** to a Permanent Injunction that shall remain in effect for six (6) months from July 6, 2009.

It is further **ORDERED** that Mike Deb, Sam Deb, Chit Chat Wireless and Essa Tadrus are hereby found in civil contempt of the Preliminary Injunction issued March 2, 2009 (Docket No. 32), the sanctions for which are that the Preliminary Injunction shall remain in effect for six (6) months from July 6, 2009, and these respondents shall be jointly and severally liable for reasonable attorney's fees and expenses incurred by the plaintiff in prosecuting these contempt proceedings. The plaintiff shall file affidavits, time records and expense records within twenty (20) days of the issuance of this Order so that the court may consider this award.

It is so **ORDERED.**

1

ENTER this 1st day of September 2009.

_____
ALETA A. TRAUGER
U.S. District Judge