# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CRICKET COMMUNICATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:09-0128 |
| ) | Judge Trauger |
| TALK TIL YOU DROP WIRELESS, INC., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

On November 19, 2009, the Magistrate Judge issued a Report and Recommendation (Docket No. 129), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that attorney's fees in the amount of $188,922.24 and expenses in the amount of $28,985.06, for a total of $217,907.30,[1] is awarded to the plaintiff, to be paid, jointly and severally, by Sam Deb, Mike Deb and Essa Tadrus. It is further **ORDERED** that attorney's fees in the amount of $21,142.80 and expenses in the amount of $562.24, for a total of $21,705.04, are awarded to the plaintiff to be paid by the defendant Talk Til You Drop Wireless, Inc.

The Clerk shall mail copies of this Order by certified mail, return receipt requested, to all defendants named in this Order.

Entry of this Order shall constitute the Judgment in this action. The Clerk may close this file.

---

[1] The Report and Recommendation incorrectly totalled these amounts as $218,810.35.

1

It is so **ORDERED.**

ENTER this 18th day of December 2009.

_____
ALETA A. TRAUGER
U.S. District Judge